1   COOLEY LLP
    Heidi Keefe (178960)

2   (hkeefe@cooley.com)
    Lowell D. Mead (223989)

3   (lmead@cooley.com)
    Priya B. Viswanath (238089)

4   (pviswanath@cooley.com)
    3175 Hanover Street

5   Palo Alto, CA  94304-1130
    Telephone:    (650) 843-5000

6   Facsimile:    (650) 849-7400

7   COOLEY LLP
    Phillip Morton (*Pro Hac Vice* pending)

8   (pmorton@cooley.com)
    1299 Pennsylvania Avenue

9   NW, Suite 700
    Washington, DC 20004-2400

10  Telephone: (202) 842-7800
    Facsimile: (202) 842-7899

11

    *Attorneys for Defendant*
12  APPLE INC.

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Benjamin T. Wang, State Bar No. 228712
bwang@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
COREPHOTONICS, LTD.

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16

17  COREPHOTONICS, LTD.,                    Case No.  3:19-cv-4809-YGR

18              Plaintiff,                   **STIPULATION EXTENDING TIME
                                             FOR APPLE INC. TO RESPOND TO**
19      v.                                   **COMPLAINT**

20  APPLE INC.,

21              Defendant.

22

23      Plaintiff Corephotonics, Ltd. ("Corephotonics") has filed the above-captioned suit against

24  Defendant Apple Inc ("Apple").  Apple has requested, and Corephotonics has consented, to extend by

25  30 days the deadline for Apple to respond to Corephotonics' original complaint from September 9,

26  2019 to October 9, 2019.  This extension will not alter the date of any event or any deadline already

27  fixed by Court order.  Accordingly, pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate

28  that the time for Apple to answer or otherwise respond to the complaint shall be extended from

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1  September 9, 2019 to October 9, 2019.

2  Dated:          September 5, 2019          */s/ Heidi Keefe*
                                              Heidi Keefe (178960)
3                                             (hkeefe@cooley.com)
                                              Lowell D. Mead (223989)
4                                             (lmead@cooley.com)
                                              Priya B. Viswanath (238089)
5                                             (pviswanath@cooley.com)
                                              COOLEY LLP
6                                             3175 Hanover Street
                                              Palo Alto, CA  94304-1130
7                                             Telephone:   (650) 843-5000
                                              Facsimile:   (650) 849-7400
8
                                              COOLEY LLP
9                                             Phillip Morton (*Pro Hac Vice* pending)
                                              (pmorton@cooley.com)
10                                            1299 Pennsylvania Avenue
                                              NW, Suite 700
11                                            Washington, DC 20004-2400
                                              Telephone: (202) 842-7800
12                                            Facsimile: (202) 842-7899

13                                            *Attorneys for Defendant*
                                              APPLE INC.
14

15  Dated:          September 5, 2019          */s/ Marc A. Fenster*
                                              RUSS, AUGUST & KABAT
16                                            Marc A. Fenster, State Bar No. 181067
                                              mfenster@raklaw.com
17                                            Benjamin T. Wang, State Bar No. 228712
                                              bwang@raklaw.com
18                                            Neil A. Rubin, State Bar No. 250761
                                              nrubin@raklaw.com
19                                            James S. Tsuei, State Bar No. 285530
                                              jtsuei@raklaw.com
20                                            12424 Wilshire Boulevard, 12th Floor
                                              Los Angeles, California 90025
21                                            Telephone: (310) 826-7474
                                              Facsimile: (310) 826-6991
22
                                              *Attorneys for Plaintiff*
23                                            COREPHOTONICS, LTD.

24  ATTESTATION:  I, Heidi Keefe, attest that counsel for Plaintiff has concurred in this filing.

25
                                              */s/ Heidi Keefe*
26                                            Heidi Keefe

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Case No.  3:19-cv-4809-YGR          2.          STIPULATION EXTENDING TIME FOR APPLE TO
                                                RESPOND TO COMPLAINT