UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COREPHOTONICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant. | Case No. 17-CV-06457-LHK <br><br> **ORDER RELATING CASES** <br><br> Re: Dkt. No. 102 |

Pursuant to Civil Local Rule 3-12(a), the Court finds that a later-filed case in this District, *Corephotonics, Ltd. v. Apple Inc.*, No. 19-cv-04809-YGR (N.D. Cal.) ("*Corephotonics III*"), is related to the instant action. Accordingly, the Court RELATES *Corephotonics III* to the instant action.

The Court sets an initial case management conference for January 22, 2020 at 2:00 p.m. The parties shall file a joint case management statement by January 15, 2020.

**IT IS SO ORDERED.**

Dated: October 7, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge