| | |
|---|---|
| COOLEY LLP<br>Heidi Keefe (178960)<br>(hkeefe@cooley.com)<br>Lowell D. Mead (223989)<br>(lmead@cooley.com)<br>Priya B. Viswanath (238089)<br>(pviswanath@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>COOLEY LLP<br>Phillip Morton (*Pro Hac Vice* pending)<br>(pmorton@cooley.com)<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 20004-2400<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7899<br><br>*Attorneys for Defendant*<br>APPLE INC. | RUSS, AUGUST & KABAT<br>Marc A. Fenster, State Bar No. 181067<br>mfenster@raklaw.com<br>Benjamin T. Wang, State Bar No. 228712<br>bwang@raklaw.com<br>Neil A. Rubin, State Bar No. 250761<br>nrubin@raklaw.com<br>James S. Tsuei, State Bar No. 285530<br>jtsuei@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>*Attorneys for Plaintiff*<br>COREPHOTONICS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREPHOTONICS, LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>          Defendant. | Case No.  3:19-cv-4809-LHK<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO RESCHEDULE CASE**<br>**MANAGEMENT CONFERENCE** |

Pursuant to Civil L.R. 6-2, Plaintiff Corephotonics, Ltd. and Defendant Apple Inc., by and through their counsel, hereby stipulate, subject to the approval of the Court, to move the Case Management Conference currently set for January 22, 2020 to February 12, 2020.

WHEREAS, the Court has scheduled a Case Management Conference for Wednesday, January 22, 2020 at 2:00 p.m.;

1     WHEREAS, Defendant's lead counsel has a pre-existing conflict with the current Case Management Conference date;

3     WHEREAS, the parties have conferred to determine other dates where lead counsel for both parties are available for the Case Management Conference;

5     WHEREAS, no scheduling order has been entered in this case that would be affected by the proposed modification;

7     WHEREAS, the only prior time modification in this case was a stipulation to extend the time to respond to the Complaint by 30 days (Dkt. No. 13);

9     NOW, THEREFORE, the Parties respectfully request that the Court reset the Case Management Conference for the Court's case management calendar on February 12, 2020 at 2 p.m.

This stipulation is supported by the Declaration of Heidi L. Keefe submitted herewith.

A ~~proposed~~ order is submitted herewith.

| | |
|---|---|
| Dated:     December 18, 2019 | */s/ Heidi Keefe* <br> Heidi Keefe (178960) <br> (hkeefe@cooley.com) <br> Lowell D. Mead (223989) <br> (lmead@cooley.com) <br> Priya B. Viswanath (238089) <br> (pviswanath@cooley.com) <br> COOLEY LLP <br> 3175 Hanover Street <br> Palo Alto, CA  94304-1130 <br> Telephone:  (650) 843-5000 <br> Facsimile:   (650) 849-7400 <br><br> COOLEY LLP <br> Phillip Morton (*Pro Hac Vice* pending) <br> (pmorton@cooley.com) <br> 1299 Pennsylvania Avenue NW, Suite 700 <br> Washington, DC 20004-2400 <br> Telephone: (202) 842-7800 <br> Facsimile: (202) 842-7899 <br><br> *Attorneys for Defendant* <br> APPLE INC. |
| Dated:     December 18, 2019 | */s/ Marc A. Fenster* <br> RUSS, AUGUST & KABAT <br> Marc A. Fenster, State Bar No. 181067 <br> mfenster@raklaw.com <br> Benjamin T. Wang, State Bar No. 228712 <br> bwang@raklaw.com <br> Neil A. Rubin, State Bar No. 250761 <br> nrubin@raklaw.com <br> James S. Tsuei, State Bar No. 285530 <br> jtsuei@raklaw.com <br> 12424 Wilshire Boulevard, 12th Floor <br> Los Angeles, California 90025 <br> Telephone: (310) 826-7474 <br> Facsimile: (310) 826-6991 <br><br> *Attorneys for Plaintiff* <br> COREPHOTONICS, LTD. |

ATTESTATION:  I, Heidi Keefe, attest that counsel for Plaintiff has concurred in this filing.

                 */s/ Heidi Keefe* <br>
                  Heidi Keefe

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference in this action is reset for the Court's case management calendar on February 12, 2020 at 2:00 p.m.

Dated: December 20, 2019

_____
Lucy H. Koh
UNITED STATES DISTRICT JUDGE