RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
mfenster@raklaw.com
Brian D. Ledahl, State Bar No. 186579
bledahl@raklaw.com
Neil A. Rubin, State Bar No. 250761
nrubin@raklaw.com
James S. Tsuei, State Bar No. 285530
jtsuei@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:  (310) 826-7474
Facsimile:  (310) 826-6991

Attorneys for Plaintiff
COREPHOTONICS, LTD.

Additional Counsel Listed On Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

COREPHOTONICS, LTD.

                    Plaintiff,

vs.

APPLE INC.

                    Defendant.

Case No. 3:17-cv-06457-JD (Lead Case)
Case No. 3:18-cv-02555-JD

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON APPLE'S MOTION TO AMEND ANSWER (DKT. # 192)**

Case No. 5:17-cv-06457-JD

**JOINT STIPULATION TO CONTINUE HEARING**

RUSS, AUGUST & KABAT

WHEREAS, Apple's Motion for Leave to Amend its Answer is currently set for hearing on December 14, 2023;

WHEREAS, counsel for Corephotonics has had a scheduling conflict arise for a hearing on that date; and

WHEREAS, both parties are available for hearing on December 21, and agree to continue the hearing on Apple's motion to that date;

NOW THEREFORE, the parties, by and through their respective counsel of record hereby stipulate as follows, subject to the approval of the Court:

1.  To the extent the Court intends to hold a hearing on Apple's motion, the parties stipulate to continue that hearing to December 21, 2023 at 10:00 a.m.

So Stipulated.

DATED:  December 11, 2023          RUSS AUGUST & KABAT

                                   By: */s/ Brian D. Ledahl*
                                   Marc A. Fenster (CA Bar No. 181067)
                                   Brian D. Ledahl (CA Bar No. 186579)
                                   Neil A. Rubin (CA Bar No. 250761)
                                   James S. Tsuei (CA Bar No. 285530)
                                   RUSS AUGUST & KABAT
                                   12424 Wilshire Boulevard, 12th Floor
                                   Los Angeles, California  90025
                                   Telephone: (310) 826-7474
                                   Facsimile: (310) 826-6991
                                   mfenster@raklaw.com
                                   bwang@raklaw.com
                                   nrubin@raklaw.com
                                   jtsuei@raklaw.com

                                   Attorneys for Plaintiff
                                   Corephotonics, Ltd.

                                   COOLEY LLP

                                   By: */s/ Heidi L. Keefe*
                                   HEIDI KEEFE (178960)
                                   (hkeefe@cooley.com)
                                   LOWELL MEAD (223989)
                                   (lmead@cooley.com)
                                   PRIYA B. VISWANATH (238089)
                                   (pviswanath@cooley.com)
                                   3175 Hanover Street
                                   Palo Alto, CA  94304
                                   Telephone:     (650) 843-5000
                                   Facsimile:     (650) 849-7400

RUSS, AUGUST & KABAT

Case No. 5:17-cv-06457-JD

**JOINT STIPULATION TO CONTINUE HEARING**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PHILLIP MORTON (*pro hac vice*)
(pmorton@cooley.com)
1299 Pennsylvania Avenue
NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899

Attorneys for Defendant Apple Inc.

Pursuant to L.R. 5-1(i)(3), I attest that all signatories concurred in this filing.

By: */s/ Brian D. Ledahl*
Brian D. Ledahl (186579)

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2023                By:_____
                                             Hon. James Donato
                                             United States District Judge

RUSS, AUGUST & KABAT

JOINT STIPULATION TO CONTINUE HEARING

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on December 11, 2023 with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

*/s/ Brian D. Ledahl*