Clifford Weiler
2156 Mergho Impasse
San Diego, CA 92110

SAN DIEGO CA 920
26 AUG 2024 PM 2 L

RECEIVED
AUG 2 9 2024
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Class Action Clerk, Attn: J. Edward J. Davila
US District Court
280 South 1st Street
San Jose, CA 95113